No. 53.   WILKERSON *v.* MCCARTHY ET AL., TRUSTEES. Supreme Court of Utah.   Certiorari granted.   *Parnell Black, Calvin W. Rawlings* and *Harold E. Wallace* for petitioner.   *Waldemar Q. Van Cott* and *Dennis McCarthy* for respondents.

No. 54.   CORAY, ANCILLARY ADMINISTRATOR, *v.* SOUTHERN PACIFIC Co.   Supreme Court of Utah.   Certiorari granted.   *Parnell Black, Calvin W. Rawlings* and *Harold E. Wallace* for petitioner.   *Paul H. Ray* and *S. J. Quinney* for respondent.

No. 63.   KIMBALL LAUNDRY Co. *v.* UNITED STATES. C. A. 8th Cir.   Certiorari granted.   *William J. Hotz* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *Wilma C. Martin* for the United States.

No. 65.   CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD Co. ET AL. *v.* ACME FAST FREIGHT, INC.   C. A. 2d Cir.   Certiorari granted.   *Roswell P. C. May, William F. Zearfaus, Thomas L. Ennis, Joseph Rosch* and *H. Brua Campbell* for petitioners.   *Paul A. Crouch* for respondent.

No. 83.   COMMISSIONER OF INTERNAL REVENUE *v.* PHIPPS.   C. A. 10th Cir.   Certiorari granted.   *Solicitor General Perlman* for petitioner.   *W. Clayton Carpenter* for respondent.

No. 84.   COMMISSIONER OF INTERNAL REVENUE *v.* WODEHOUSE.   C. A. 4th Cir.   Certiorari granted.   *Solic-*

*itor General Perlman* for petitioner. *Watson Washburn* for respondent.

No. 88. LEIMAN ET AL. *v.* GUTTMAN ET AL. Court of Appeals of New York. Certiorari granted. *Copal Mintz* for petitioners. *Joseph Brandwene* for respondents.

No. 91. FOLEY BROS., INC. ET AL. *v.* FILARDO. Supreme Court of New York, New York County. Certiorari granted. *Solicitor General Perlman* for petitioners. *Howard Henig* for respondent.

No. 92. H. P. HOOD & SONS, INC. *v.* DUMOND, COMMISSIONER OF AGRICULTURE & MARKETS. Supreme Court of New York, Albany County. Certiorari granted. *Warren F. Farr* for petitioner. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Robert G. Blabey* for respondent.

No. 109. FEDERAL POWER COMMISSION ET AL. *v.* INTERSTATE NATURAL GAS CO., INC. ET AL.;
No. 188. PUBLIC SERVICE COMMISSION OF MISSOURI *v.* INTERSTATE NATURAL GAS CO., INC. ET AL.;
No. 209. MEMPHIS LIGHT, GAS & WATER DIVISION *v.* INTERSTATE NATURAL GAS CO. ET AL.; and
No. 212. ILLINOIS COMMERCE COMMISSION ET AL. *v.* INTERSTATE NATURAL GAS CO. ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* for the Federal Power Commission, petitioner in No. 109; *Charles L. Henson* for petitioner in No. 188; *Charles C. Crabtree* for petitioner in No. 209; and *George F. Barrett,* Attorney General of Illinois, and *Albert E. Hallett,* Assistant Attorney General, for the Illinois Commerce Commission, peti-